HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GRAHAM-BINGHAM IRREVOCABLE TRUST, et al.,

        Plaintiffs,

  v.

DONALD TRUDEAU, et al.,

        Defendants.

CASE NO. C12-755RAJ

ORDER

In its May 23 order permitting counsel for Defendants to withdraw, the court informed Defendant Greenwich Bay Management, LLC ("Greenwich Bay") that it would enter its default if it did not obtain counsel within 30 days. Greenwich Bay has not obtained counsel, nor has it done anything to indicate that it intends to defend itself in this action. The court accordingly directs the clerk to ENTER DEFAULT against Greenwich Bay.

As to the remaining Defendant, Donald Trudeau, it appears that he has ceased to defend his interests in this action as well. Trial is set to begin on July 8. On June 24, Plaintiffs unilaterally filed what was supposed to be a joint pretrial order. Dkt. # 54. The second sentence of that submission states as follows: "Because Defendant[s] have not contacted Plaintiffs, however, despite Plaintiffs['] efforts to reach Defendants, this document was prepared by Plaintiffs alone." Plaintiffs reveal nothing more about the extent of their efforts to contact Mr. Trudeau, the results of those efforts, or whether Mr.

ORDER – 1

Trudeau has done anything since his counsel withdrew to signal that he intends to participate in this litigation.  Plaintiffs have also not proposed any method of bringing this case to a conclusion, other than to unilaterally file pretrial documents.

Trial will not occur on July 8.  Mr. Trudeau seems unlikely to appear at trial, and Plaintiffs have not explained how they propose to go to trial against an empty chair.  In any event, the court is in the midst of a lengthy criminal trial that will extend well beyond July 8.

The court accordingly VACATES the trial date and all other pending pretrial deadlines.

The court's intent is to rule on the pending summary judgment motions, which are fully briefed.  Typically, the court assigns a high priority to summary judgment motions in cases with impending trial dates.  In cases where trial is not looming, the court assigns a lower priority.  The pending motions now fall into this latter category.

Dated this 27th day of June, 2013.

_Richard A. Jones_

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2