The Honorable Richard A. Jones

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

GRAHAM-BINGHAM IRREVOCABLE
TRUST, a Washington Trust, and HENRY W.
DEAN, Trustee thereof,

                          Plaintiffs,

       v.

DONALD TRUDEAU, a Resident of
Connecticut, GREENWICH BAY
MANAGEMENT, LLC, and DONALD
TRUDEAU, d/b/a GREENWICH BAY
MANAGEMENT, LLC,

                          Defendants.

CASE NO. 2:12-cv-00755-RAJ

**STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE**

## STIPULATION

Based on the parties' resolution of the claims in this lawsuit, Donald Trudeau, Greenwich Bay Management, LLC, and Donald Trudeau, d/b/a Greenwich Bay Management, LLC (collectively, "Defendants"); and Plaintiffs, Graham-Bingham Irrevocable Trust, and Henry W. Dean, Trustee, consent to the entry of the sub-joined Order dismissing the lawsuit

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE - 1
CASE NO. 2:12-CV-00755-RAJ

LAW OFFICES OF DALE M. FOREMAN, P.S.
P.O. BOX 3125
WENATCHEE, WASHINGTON 98807
Telephone:  (509) 662-9602
Fax:  (509) 662-9606

1    with prejudice.  The parties fully release any and all claims they might have against each other

2    arising out of the facts underlying this lawsuit.

3                                    **ORDER**

4         Pursuant to the stipulation of the parties described above, the Court rules as follows:

5         1.       All of Plaintiffs' claims against Defendants are hereby DISMISSED WITH

6    PREJUDICE.

7         2.       The Clerk of the Court is directed to remove the trial and other related dates from

8    the Court's calendar.   All pending motions are denied as moot.

9         3.       Each party shall bear their own costs and attorneys fees.

10        IT IS SO ORDERED.

11        DATED this _____ day of _____, 2014.

12

13

14                                    _____
                                      The Honorable Richard A. Jones
15   Presented by:                    United States District Judge

16   **JOHNSTON LAWYERS, P.S.**

17      /s/ R. Bruce Johnston
18   R. Bruce Johnston, WSBA # 4646
     2701 First Avenue, Ste. 340
19   Seattle, WA 98121
     (206) 866-3230 Fax: (206) 866-3234
20   bruce@rbrucejohnston.com
21   Attorneys for Plaintiff

22   **LAW OFFICES OF DALE M. FOREMAN, P.S.**

23      /s/ Dale M. Foreman
     Dale M. Foreman, WSBA #6507
24   Daniel J. Appel, WSBA #35544
     P. O. Box 3125
25   Wenatchee, WA  98807
26   (509) 662-9602 - (509) 662-9606 fax

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE - 2        LAW OFFICES OF DALE M. FOREMAN, P.S.
CASE NO. 2:12-CV-00755-RAJ                                              P.O. BOX 3125
                                                         WENATCHEE, WASHINGTON 98807
                                                            Telephone:  (509) 662-9602
                                                                   Fax:  (509) 662-9606

1   E-mail: dale@daleforeman.com
    E-mail: daniel@daleforeman.com
2   Attorneys for Plaintiff

3   _____

4   Donald Trudeau
    25 Seir Hill Road
5   Norwalk, CT 06850
6   Defendant

7   Greenwich Bay Management, LLC

8   By: _____
    Its: Manager
9   Defendant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE - 3
CASE NO. 2:12-CV-00755-RAJ

LAW OFFICES OF DALE M. FOREMAN, P.S.
P.O. BOX 3125
WENATCHEE, WASHINGTON 98807
Telephone: (509) 662-9602
Fax: (509) 662-9606